

# NUMBER 13-12-00202-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE CAVAZOS AND ORALIA CAVAZOS,                    Appellants,

v.

GRACIELA ESTRADA CASTELLANOS,                    Appellee.

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

The appellants' brief in the above cause was due on June 25, 2012. On July 3, 2012, the Clerk of the Court notified appellants that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellants reasonably explained the failure and the appellee was not significantly

injured by the appellants' failure to timely file a brief. To date, no response has been received from appellant.

On April 25, 2012, the Clerk of the Court notified appellants that they were delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellants that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See* TEX. R. APP. P. 37.3, 42.3(b),(c).

Appellants have failed to pay the filing fee and have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

PER CURIAM

Delivered and filed the
16th day of August, 2012.

2